IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>FORTINO FONSECA LOPEZ,<br><br>                  Defendant. | 8:19-CR-345<br><br>**ORDER** |

This matter is before the Court on the United States of America's Motion to Dismiss Indictment Pursuant to Rule 48(a). Filing 59. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against Defendant, Fortino Fonseca Lopez.

IT IS ORDERED:

1. The United States of America's Motion to Dismiss Indictment Pursuant to Rule 48(a) (Filing 59) is granted, and this action is dismissed, without prejudice against Defendant, Fortino Fonseca Lopez; and

2. The Clerk of Court is direct to also terminate the pending motion at Filing 37.

Dated this 3rd day of March, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge